# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201600310**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JEREMY R. FOGLE
Hospital Corpsman Third Class (E-4), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Bethany L. Payton-O'Brien, JAGC, USN.
Convening Authority: Commanding Officer, Naval Air Station, Lemoore, CA.
Staff Judge Advocate's Recommendation: Lieutenant Commander Matthew S. Bailey, JAGC, USN.
For Appellant: Lieutenant Commander Derek C. Hampton, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 7 February 2017

———————————————

Before CAMPBELL, HUTCHISON, and PETTIT, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TRIDL
Clerk of Court